JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00235-KK-MBKx** | Date: | March 17, 2026 |
|---|---|---|---|

| Title: | ***Verarin Jahja v. Ernesto Santacruz Jr., et al.*** |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order GRANTING Petitioner's Request for Voluntary Dismissal [Dkt. 17] and DISMISSING the Action**

The Court is in receipt of Petitioner's Notice of Voluntary Dismissal, which states "all issues are now moot" in light of Petitioner's release and the reopening of her removal proceedings.  Dkt. 17.  Because Respondents have filed an Answer in this action, see dkts. 13, 14, the Court construes Petitioner's Notice of Voluntary Dismissal as a Request for Voluntary Dismissal.  See Fed. R. Civ. P. 41(a)(1)(A)(i), 41(a)(2).  Accordingly, Petitioner's Request is **GRANTED**, and this matter is hereby **DISMISSED as MOOT**.

**IT IS SO ORDERED.**  (JS-6)